DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GLORIA V. SMITH,**
Appellant,

v.

**INNOVA INVESTMENT GROUP, LLC,** and **MONSANT, LLC,**
Appellees.

No. 4D15-4727

[July 6, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janis Brustares Keyser, Judge; L.T. Case No. 501999CA007242.

Gloria V. Smith, West Palm Beach, pro se.

F. Lee Morrison of South Milhausen, P.A., Orlando, for appellees, Innova Investment Group, LLC and Monsant, LLC.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***